UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DUANE HOPKINS, ) | |
| ) | NO.  CV-08-0362-LRS |
| Plaintiff, ) | |
| ) | ORDER OF DISMISSAL |
| -vs- ) | |
| ) | |
| ACADEMY COLLECTION SERVICES, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to the stipulation of the parties (Ct. Rec. 5) filed March 23, 2009, and incorporated herewith, **IT IS HEREBY ORDERED** that the above-entitled cause of action shall be and is hereby dismissed in its entirety with prejudice and without an award of attorney's fees or costs to any party.

The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

**DATED** this 6th day of April, 2009.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 1